TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
JENNIFER L. YAZDI (SBN 301868)
jyazdi@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625

Attorneys for Defendant
Comenity, LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE CLAYTON | CASE NO.: 1:17-at-00836 |
| Plaintiff, | |
| | **NOTICE OF REMOVAL** |
| v. | |
| COMENITY, LLC, DOES 1 TO 50 | |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant Comenity, LLC ("Defendant") hereby removes to this Court the state court action described below.

1. On October 4, 2017, a complaint was filed against Defendant by plaintiff Laurence Clayton ("Plaintiff"), in the Superior Court of the State of California in and for the County of Kern, in an action styled as *Laurence Clayton v. Comenity, LLC, Does 1-50*, case number BCL-17-015853. A copy of the complaint ("Complaint") and other documents that were served on Defendant are attached hereto as **Exhibit A**.

2. This removal petition is timely under 28 U.S.C. § 1446(b) because Defendant was served with the Complaint on October 9, 2017 as reflected on the Service of Process Transmittal that is attached hereto as **Exhibit B**, and was provided with a copy of the Complaint on October 9, 2017.

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §§ 1331 and which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a), because the Complaint asserts claims against Defendant arising under the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, *et seq*. and the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. *See* Ex. A at ¶¶ 1, 3, 8-14, 17-23.

4. As the Complaint was filed in the Superior Court of the State of California, County of Kern, venue in the Eastern District of this Court is proper. *See* 28 U.S.C. § 1441(a) (providing for removal "to the district court of the United States for the district and division embracing the place" where the state court action is pending); 28 U.S.C. § 84(b) (The Eastern District comprises, inter alia, Kern County).

5. Defendant is represented by the undersigned.

//
//

| | | |
|---|---|---|
| 1 | DATED: November 7, 2017 | SIMMONDS & NARITA LLP<br>TOMIO B. NARITA<br>JENNIFER L. YAZDI |
| 2 | | |
| 3 | | |
| 4 | | By: /s/Jennifer Yazdi |
| 5 | | Jennifer L. Yazdi<br>Attorneys for Defendant<br>Comenity, LLC |